**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6891**

---

JOHNNY MCNEIL,

Petitioner - Appellant,

versus

STEPHEN DEWALT, Warden, Federal Correctional
Institution - Petersburg,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-99-338-AM)

---

Submitted:  September 30, 1999      Decided:  October 7, 1999

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Johnny McNeil, Appellant Pro Se.  Arthur Erwin Peabody, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny McNeil appeals the district court's order dismissing with prejudice his petition filed pursuant to 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McNeil v. Dewalt, No. CA-99-338-AM (E.D. Va. June 22, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on June 18, 1999, the district court's records show that it was entered on the docket sheet on June 22, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).